## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. _22-CR-40023-SMY_ |
| | ) | |
| vs. | ) | |
| | ) | Title 21, United States Code, |
| JEFFRY L. McCOMB, | ) | Sections 841 and 846 |
| | ) | |
| Defendant. | ) | |

**FILED**

**JUL 1 3 2022**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**Conspiracy To Possess With Intent to Distribute Methamphetamine**

From on or about May 2021, until on or about September 1, 2021, in Franklin and Alexander Counties, within the Southern District of Illinois, and elsewhere,

**JEFFRY L. McCOMB,**

defendant herein, did knowingly combine, conspire, and agree with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the total amount of methamphetamine involved in the conspiracy was fifty (50) grams or more of a mixture and substance containing methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B).

Before defendant JEFFRY L. McCOMB committed the offense charged in this count, the defendant was convicted of the offense of Conspiracy to Manufacture and Possess with Intent to Distribute a Mixture and Substance Containing Methamphetamine, in the United States District Court for the Southern District of Illinois Case No. 07-CR-40032, a serious drug felony, for which he served

1

more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2

### Possession with Intent to Distribute Methamphetamine

On or about September 1, 2021, in Franklin County, within the Southern District of Illinois,

### JEFFRY L. McCOMB,

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was five (5) grams or more of methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B).

Before defendant JEFFRY L. McCOMB committed the offense charged in this count, the defendant was convicted of the offense of Conspiracy to Manufacture and Possess with Intent to Distribute a Mixture and Substance Containing Methamphetamine, in the United States District Court for the Southern District of Illinois Case No. 07-CR-40032, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

ALMA SUMMERS  Digitally signed by ALMA SUMMERS Date: 2022.07.11 11:31:54 -05'00'   for

RACHELLE AUD CROWE
United States Attorney

GEORGE NORWOOD
Assistant United States Attorney

Recommended Bond: Detention

2